

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-16-00109-CV |
| IN RE: | § | |
| | | AN ORIGINAL PROCEEDING |
| | § | |
| FAMILY DOLLAR STORES OF TEXAS, LLC, | | IN MANDAMUS |
| | § | |
| Relator. | | |
| | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Relator's motion to dismiss and concludes the motion should be granted and the original proceeding should be dismissed. We therefore dismiss the original proceeding. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF JULY, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.